# WILLIAM J. SANCHEZ P.A.
## ATTORNEYS & COUNSELORS

January 13, 2016

**U.S. District Court**
**Southern District of New York**
**300 Quarropas St,**
**White Plains, NY 10601**

Re:   Wiederspan v. Cuba  (Status Report)
      15-CV-01983

Dear Judge Caproni,

Please be informed of the following status on this case. On January 7, 2016, our law office spoke to the Clerk of Court for the Southern District of New York (SDNY), regarding the documents we had mailed to the court for filing.  We had previously mailed a complete set of documents to the clerk asking that they serve the Republic of Cuba, in accordance with the Foreign Soverign Immunities Act ("FSIA").

The Clerk's office informed our law firm, that certain documents were missing, such as the translations required to serve Cuba.  An associate from our law firm is copying all of the appropriate translated documents from the original state court file in the 11th state Judicial District of Miami, Florida.  We are hoping to have all of the relevant documents sent to the SDNY clerk's office by Friday this week.  Once those documents are received and confirmed as completed, the SDNY clerk will service the Republic of Cuba.  After service has been completed, and we are informed of such, we will immediately inform the court in the case at bar.  Undersigned counsel will be more than happy to provide another Status Report in the next 30 – 60 days.


Very yours truly,

/s/ William J. Sanchez

_____
**William J. Sanchez, Esq.**
William J. Sanchez, P.A.