# WILLIAM J. SANCHEZ P.A.
## ATTORNEYS & COUNSELORS

April 22, 2016

**Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007**

Re:   Wiederspan v. Cuba (Status Report)
      15-CV-01983

Dear Judge Caproni,

   Please be informed of the following status on this case.

   The Clerk of Court for the Southern District of New York ("SDNY") has certain requirements for service of process in accordance with the Foreign Sovereign Immunities Act ("FSIA"). Our office has complied with all the Clerk's requests, such as translations, and providing complete copies of the original State Court documents from the 11th State Judicial District of Miami Florida. All of the relevant documents have been duly copied and translated.

   We have forwarded all the requested documents and the DHL airway bill to SDNY's Clerk of Court so that service on the Republic of Cuba can be completed. The clerk's office is currently mailing the documents through DHL's Miami office, which is the only office that mails to Cuba. They will inform us once the mailing has been completed, and after 60 days, we will file for default if Cuba does not respond. Undersigned counsel will be more than happy to provide another Status Report once service on Cuba has been completed.

Very yours truly,

/s/ William J. Sanchez

_____
**William J. Sanchez, Esq.**
William J. Sanchez, P.A.
Florida Bar No.: 749060